**Electronically Filed
Supreme Court
SCWC-23-0000388
20-FEB-2025
01:55 PM
Dkt. 15 OGAC**

SCWC-23-0000388

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent and Petitioner/Plaintiff-Appellee,

vs.

JONATHAN P. SPIES,
Petitioner and Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000338; CASE NO. 3CPC210001004)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Medeiros, in place of Devens, J., recused)

Respondent and Petitioner/Plaintiff-Appellee State of Hawaiʻi's Application for Writ of Certiorari, filed on January 8, 2025, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, February 20, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Dyan M. Medeiros